UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT W. WATSON, JR., ABOC CERTIFIED OPTICIAN,

                 Plaintiff,

-against-                         24 **CIVIL** 6916 (LLS)

                                       **JUDGMENT**

ALFRED CHARLES SHARPTON, JR. BAPTIST MINISTER CIVIL RIGHTS/SOCIAL JUSTICE; NYPD 028 PRECINCT; OFFICER CHRISTOPHER C. KRAEMER #15618; POLICE OFFICER MD. J. UDDIN #12096; KATRINA JEFFERSON; SHANNON MURRAY; CONNERY O'BRIEN; LMSW JENNY DROSSMAN ASSISTANT VP OF GODDARD RIVERSIDE; LMSW AWILDA CORTEZ-BEN MELECH; STEPHANIE DOE; MPA KWIKESH L. BANKS; APRIL DOE; JACK VICKERY; GENADIY PORTNOY; FELIPE SOLIS; DET. KEVIN EARL #1737; MD SAN MIGUEL; TIWIARI SHRUTI,

                 Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 19, 2025, the case is dismissed.

**Dated:** New York, New York

    May 21, 2025

                                          **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                     **BY:**

                                          **Deputy Clerk**